WAYNE W. CALL, Bar No. 56676
MARK L. EISENHUT, Bar No. 185039                    JS-6
MATTHEW R. ORR, Bar No. 211097
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000
wcall@calljensen.com
meisenhut@calljensen.com
morr@calljensen.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCCA, LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER HAAGEN III and BETTY HAAGEN, as trustees of the ALEXANDER AND BETTY HAAGEN LIVING TRUST,<br><br>Defendants. | Case No.  CV 05-8926 JFW (FMOx)<br>Hon. John F. Walter<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br><br><br><br><br>Complaint Filed:    12/27/05<br>Trial Date:   None Set |

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

1

## ORDER

2

3     **IT IS HEREBY ORDERED** that Plaintiff SCCA, LLC ("Plaintiff") claims

4  against Defendants ALEXANDER HAAGEN III and BETTY HAAGEN, as trustees of

5  the ALEXANDER AND BETTY HAAGEN LIVING TRUST ("Defendants") be

6  dismissed with prejudice, and with each party bearing its own costs and fees.

7

8

9  Dated:  March 20, 2008          _____

10                                         Hon. John F. Walter
                                           U.S. District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

SAK01-10:LA 05 CV 08926 JFW - O JS6.doc:3-20-08          - 2 -

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL